# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| **COUVILLION GROUP, LLC** | * |
| | * |
| | * |
| **VERSUS** | * |
| | *   **CIVIL ACTION NO. 4:22-cv-00908** |
| | * |
| **WHITE MARLIN OPERATING** | * |
| **COMPANY LLC et al.** | * |
| | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO SUBSTITUTE AFFIDAVIT OF MICHAEL ROY

**NOW COMES,** through undersigned counsel, Plaintiff, Couvillion Group, LLC, who respectfully requests that this Honorable Court permit the substitution of the signed Affidavit of Michael Roy, filed as Exhibit "C" to Plaintiff's Verified First Amended Complaint on April 11, 2022 (Record Doc. No. 11-3, pp. 1-2), with a fully executed and notarized copy of the Affidavit of Michael Roy (attached hereto).

**WHEREFORE,** Plaintiff, Couvillion Group, LLC, respectfully prays that the executed and notarized Affidavit of Michael Roy (attached hereto) be substituted in the Court's record in place of the original Affidavit of Michael Roy, filed as Exhibit "C" to Plaintiff's Verified First Amended Complaint on April 11, 2022 (Record Doc. No. 11-3, pp. 1-2).

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Colton V. Acosta*

**PATRICK J. MCSHANE T.A. (#19055)**
*Pro hac vice*
**DANICA BENBOW DENNY (#27376)**
*Pro hac vice*
**KATHLEEN P. RICE (#31291)**
*Pro hac vice*
**COLTON V. ACOSTA (#38121)**
*Pro hac vice*
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail: pmcshane@frilot.com
ddenny@frilot.com
krice@frilot.com
cacosta@frilot.com

*Counsel for Plaintiff, Couvillion Group, LLC*

**AND**

**RICHARD GORMAN LAW**

*/s/ Richard L. Gorman*

**Richard L. Gorman**
**State Bar No. 00784155**
**Federal I.D. 15685**
12335 Kingsride Ln. #354
Houston, TX 77024-4116
Telephone: (832) 725-4026
Facsimile: (281) 854-2200
E-mail:
rg@richardgormanlaw.com

*Local Counsel for Plaintiff, Couvillion Group, LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of April, 2022, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

*/s/  Colton V. Acosta*
Colton V. Acosta