## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| **COUVILLION GROUP, LLC** | * |
| | * |
| | * |
| **VERSUS** | * |
| | *   **CIVIL ACTION NO. 4:22-cv-00908** |
| | * |
| **WHITE MARLIN OPERATING** | * |
| **COMPANY LLC et al.** | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion to Substitute Affidavit of Michael Roy filed by Plaintiff, Couvillion Group, LLC,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and that the Affidavit Michael Roy attached to the *Ex Parte* Motion to Substitute will be substituted in place of the existing Exhibit "C" attached to Couvillion's Verified First Amended Complaint.

Houston, Texas, this _____ day of _____, 2022.

_____
**JUDGE**