UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| **COUVILLION GROUP, LLC** | * | CIVIL ACTION NO. |
| | * | |
| | * | SECTION |
| **VERSUS** | * | |
| | * | |
| | * | JUDGE |
| **WHITE MARLIN OPERATING COMPANY LLC** | * | |
| | * | |
| | * | |

\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF MICHAEL ROY

**STATE OF LOUISIANA**

**PARISH OF PLAQUEMINES**

BEFORE ME, the undersigned notary public, duly commissioned and qualified, did appear:

Michael Roy, who after being duly sworn, did depose and state as follows:

1.

I am a person of full age and majority and a resident of Belle Chasse, Louisiana.

2.

I am, and at all pertinent times have been, employed by Couvillion Group, LLC as the Chief Financial Officer and Vice President of Finance and have personal knowledge regarding the facts set forth in this Affidavit.

3.

I have read Couvillion Group, LLC's Complaint and the facts and allegations contained therein are true and correct, based upon my personal knowledge.


EXHIBIT "C"

4.

On September 13, 2021, Couvillion Group, LLC submitted Invoice No. 204144 to White in the amount of $1,448,966. See Item 1 attached hereto. On October 19, 2021, Couvillion submitted Invoice No. 204255 to White Marlin in the amount of $651,701.11. See Item 2 attached hereto.

5.

Defendants have not paid any portion of Invoice No. 204144 for $1,448,966 or Invoice No. 204255 for $651,701.11, for a total outstanding balance associated with this project of $2,100,667.11.

6.

The amount stated above for Couvillion's services is just and reasonable in accordance with the usual and customary prices for similar services.

The above statements are true and correct to the best of my knowledge, information and belief.

_____
MICHAEL ROY
CHIEF FINANCIAL OFFICER/
VICE PRESIDENT OF FINANCE,
COUVILLION GROUP, LLC

SWORN AND SUBSCRIBED before me this ____ day of __April__, 2022.

_____
NOTARY PUBLIC

COREY E. DUNBAR
Notary Public, Parish of Orleans, State of Louisiana
My Commission is issued for life.
Bar No. 30143

THIS DOCUMENT WAS NOT PREPARED
OR EXAMINED BY THE NOTARY
NAMED ABOVE AND THE NOTARY
ATTESTS ONLY TO THE SIGNATURES
OF THE PARTIES HEREIN