UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Couvillion Group, LLC

v.                                                              Case Number: 4:22−cv−00908

White Marlin Operating Company LLC,
et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1602127051?pwd=bkNnZzlUZGV5ZURuL3Z3amJia1Bkdz09*
Meeting phone number: 646−828−7666
Meeting ID: 160 212 7051
Meeting Password: 502521

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/10/2022

**TIME:** 09:45 AM

**TYPE OF PROCEEDING:** Pre−Motion Conference

RE: Motion for Miscellaneous Relief − #15

Date:   June 8, 2022                                                                                   Nathan Ochsner, Clerk