UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| COUVILLION GROUP, LLC | * |
| VERSUS | * |
| | * CIVIL ACTION NO. 4:22-cv-00908 |
| WHITE MARLIN OPERATING COMPANY LLC et al. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE DEADLINES**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Couvillion Group, LLC ("Couvillion"), who respectfully submits this Unopposed Motion for Extension of Briefing Schedule Deadlines. Couvillion respectfully requests that the briefing schedule deadlines set following the Court's Pre-Motion Conference with the parties be extended by forty-five (45) days. Defendants White Marlin Operating Company, LLC ("White Marlin"), Agua Tranquillo Midstream LLC ("Agua"), and Talco Petroleum, LLC ("Talco," and collectively with White Marlin and Agua, "Defendants"), do not oppose this relief.

On June 7, 2022, Defendants filed a Request for Pre-Motion Conference, in which Defendants requested that the Court schedule a pre-motion conference prior to Defendants filling a Motion to Dismiss Couvillion's Verified First Amended

Complaint ("Complaint"), Record Doc. No. 11, under Rules 9 and 12 of the Federal Rules of Civil Procedure. Record Doc. No. 15. On June 8, 2022, the Court scheduled this pre-motion conference for June 10, 2022, at 9:45 a.m. Record Doc. No. 17.

On June 10, 2022, counsel for Couvillion and counsel for Defendants appeared at the pre-motion conference, and on behalf of Couvillion, counsel requested time to amend Couvillion's Complaint prior to Defendants filing a Motion to Dismiss. The Court granted this request, and set the following briefing schedule:

- ➢ July 8, 2022: Amended Complaint Due
- ➢ July 29, 2022: Motion to Dismiss the Amended Complaint Due
- ➢ August 19, 2022: Response to Motion to Dismiss the Amended Complaint Due
- ➢ August 26, 2022: Reply to Response to Motion to Dismiss the Amended Complaint Due

In the interim, Couvillion and Defendants have been working to determine whether an amicable resolution of this matter may be reached without further pleading and/or motion practice. If a resolution is not reached during the requested extended period, Couvillion intends to amend its Complaint to assert additional causes of action against Defendants as well as other, related entities. While Couvillion is working with Defendants to determine if an amicable resolution may be reached without further pleading and/or motion practice, Couvillion requires additional time to amend its Complaint. Accordingly, Couvillion respectfully requests that the deadlines set forth in the above briefing schedule be extended

by forty-five (45) days. As set forth above, Defendants are not opposed to this requested extension.

**WHEREFORE**, Couvillion Group, LLC respectfully requests that the deadlines set forth in the Court's briefing schedule be extended by forty-five (45) days to permit the parties to continue to work towards an amicable resolution.

*[remainder of page intentionally left blank]*

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Colton V. Acosta*

**PATRICK J. MCSHANE T.A. (#19055)**
*Pro hac vice*
**DANICA BENBOW DENNY (#27376)**
*Pro hac vice*
**KATHLEEN P. RICE (#31291)**
*Pro hac vice*
**COLTON V. ACOSTA (#38121)**
*Pro hac vice*
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail: pmcshane@frilot.com
ddenny@frilot.com
krice@frilot.com
cacosta@frilot.com

*Counsel for Plaintiff, Couvillion Group, LLC*

**AND**

**RICHARD GORMAN LAW**

*/s/ Richard L. Gorman*

**Richard L. Gorman**
**State Bar No. 00784155**
**Federal I.D. 15685**
12335 Kingsride Ln. #354
Houston, TX 77024-4116
Telephone: (832) 725-4026
Facsimile: (281) 854-2200
E-mail:
rg@richardgormanlaw.com

*Local Counsel for Plaintiff, Couvillion Group, LLC*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of July, 2022, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

*/s/ Colton V. Acosta*
Colton V. Acosta