United States District Court
Southern District of Texas
**ENTERED**
July 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUVILLION GROUP, LLC,       § | |
|     Plaintiff,       § | |
|    § | |
| VS.       § | CIVIL ACTION NO. 4:22-CV-00908 |
|    § | |
| WHITE MARLIN OPERATING       § | |
| COMPANY LLC, *et al.*,       § | |
|     Defendants.       § | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Briefing Schedule Deadlines filed by Plaintiff, Couvillion Group, LLC.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the briefing schedule deadlines set forth following the Court's Pre-Motion Conference will be extended by forty-five (45) days.

    August 22, 2022:    Amended Complaint Due

    September 12, 2022: Motion to Dismiss the Amended Complaint Due

    October 3, 2022:    Response to Motion to Dismiss the Amended Complaint Due

    October 10, 2022:    Reply to Response to Motion to Dismiss the Amended Complaint Due

SIGNED at Houston, Texas on July 8, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE