UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| COUVILLION GROUP, LLC | * |
| | * |
| | * |
| VERSUS | * |
| | * |
| | * |
| WHITE MARLIN OPERATING COMPANY | * |
| LLC ET AL. | * |
| | * |
| | * |

CIVIL ACTION NO. 4:22-cv-00908

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF KEVIN BOCK

STATE OF TEXAS

COUNTY OF BRAZORIA

BEFORE ME, the undersigned notary public, duly commissioned and qualified, did appear:

**KEVIN BOCK**

Who, after being duly sworn, did depose and state as follows:

1.

I am a person of full age and majority and a resident of Brazoria County, Texas.

2.

I am, and at all pertinent times have been, employed by PetroQuip Inc. ("PetroQuip") as Business

Development Representative, and Couvillion Group, LLC as Business Development Representative, and

have personal knowledge regarding the facts set forth in this Affidavit.

3.

Among other services, PetroQuip sells pipeline repair products in the Southern United States.

EXHIBIT
D

4.

As part of my duties for PetroQuip, on April 20, 2022, we sold a 10" Standard Split Sleeve Repair Clamp to White Marlin Operating Company, LLC ("White Marlin"). Richard Watson was our point of contact for White Marlin. It is my understanding that the Split Sleeve Repair Clamp sold to White Marlin was to be used for their 10" pipeline near Corpus Christi, Texas.

5.

Attached as Exhibit "1" to this Affidavit is a true and correct copy of email correspondence that demonstrates that the sold product was ordered and paid for by White Marlin.

6.

White Marlin paid in advance for the Split Sleeve Repair Clamp.

7.

White Marlin ultimately did not need the Split Sleeve Repair Clamp, and returned it to PetroQuip. As the clamp was not required, White Marlin was entitled to a refund of the payment it made to purchase the Split Sleeve Repair Clamp.

8.

PetroQuip contacted Mr. Watson to coordinate the refund and offered to issue a check for the amount owed. Mr. Watson directed PetroQuip to refund the payment made by White Marlin via check to Torrent Oil, LLC. *See* Exhibit "1."

9.

As directed, PetroQuip issued the refund via check made payable to Torrent Oil, LLC on or about April 28, 2022.

The above statements are true and correct to the best of my knowledge, information and belief.

KEVIN BOCK
PETROQUIP INC

SWORN AND SUBSCRIBED before me
this 22nd day of August , 2022.

NOTARY PUBLIC

Alicia Renee Bock
My Commission Expires
06/11/2024
ID No. 126754056



**From:** Richard Watson <rwatson@talcopetro.com>
**Sent:** Thursday, April 28, 2022 10:00 AM
**To:** Jason Cardon <jason@petroquipinc.net>
**Cc:** pqi <pqi@pqitexas.com>; Kevin Bock <kevin@petroquipinc.net>; Halie Walker <halie@petroquipinc.net>; Jonathan <jonathan@petroquipinc.net>; Michelle Fraley <michelle@petroquipinc.net>
**Subject:** RE: 10" STANDARD 1000 PSI SPLIT SLEEVE

Jason,

Make the check out to
Torrent Oil LLC
1415 Louisiana St
Suite 3550
Houston Tx 77002

**From:** Jason Cardon <jason@petroquipinc.net>
**Sent:** Wednesday, April 27, 2022 10:12 PM
**To:** Richard Watson <rwatson@talcopetro.com>
**Cc:** pqi <pqi@pqitexas.com>; Kevin Bock <kevin@petroquipinc.net>; Halie Walker <halie@petroquipinc.net>; Jonathan <jonathan@petroquipinc.net>; Michelle Fraley <michelle@petroquipinc.net>
**Subject:** Re: 10" STANDARD 1000 PSI SPLIT SLEEVE

Ok great
Let me know who to make the check out to and where to mail it

Jason D. Cardon, P.E.
_**Working together to make hazardous piping safer.**_
504-340-1848 (office)



1

504-342-6427 (cell)
Jason@petroquipinc.net

From iPhone


On Apr 27, 2022, at 10:08 PM, Richard Watson <rwatson@talcopetro.com> wrote:


Yes that will be fine

Get Outlook for iOS

**From:** Jason Cardon <jason@petroquipinc.net>
**Sent:** Wednesday, April 27, 2022 10:04:56 PM
**To:** Richard Watson <rwatson@talcopetro.com>
**Cc:** pqi <pqi@pqitexas.com>; Kevin Bock <kevin@petroquipinc.net>; Halie Walker
<halie@petroquipinc.net>; Jonathan <jonathan@petroquipinc.net>; Michelle Fraley
<michelle@petroquipinc.net>
**Subject:** Re: 10" STANDARD 1000 PSI SPLIT SLEEVE

Yes
Can you call me tomorrow on this
We have the clamp in hand
With the return, since you paid with a CC, we are getting charged a processing fee on the front end and
the back end.
Would you be good with us issuing a check to White Marlin?
I don't want to charge you a transaction fee on the backend


Jason D. Cardon, P.E.
***Working together to make hazardous piping safer.***
504-340-1848 (office)
504-342-6427 (cell)
Jason@petroquipinc.net

From iPhone


On Apr 27, 2022, at 9:51 PM, Richard Watson <rwatson@talcopetro.com> wrote:


Jason,

On the 10" clamp that was returned. I haven't seen the refund hit my card nor have I
received an invoice showing the clamp has been returned.

Can you look into this for me?

2

Get Outlook for iOS

**From:** Jason Cardon <jason@petroquipinc.net>
**Sent:** Thursday, April 21, 2022 11:38:16 AM
**To:** Richard Watson <rwatson@talcopetro.com>
**Cc:** pqi <pqi@pqitexas.com>; Kevin Bock <kevin@petroquipinc.net>; Halie Walker <halie@petroquipinc.net>; Jonathan <jonathan@petroquipinc.net>; Michelle Fraley <michelle@petroquipinc.net>
**Subject:** RE: 10" STANDARD 1000 PSI SPLIT SLEEVE

Paid receipt is attached for the 12". We will issue a credit memo once the 10" is returned and inspected.
Socket Size = 1-13/16"
Final Torque Value = 342 FT-LBS

Full instructions below.
SplitSleeve-Install.pdf (plidco.com)


Jason D. Cardon, P.E.
***Working together to make hazardous piping safer.***
504-340-1848 (office)
504-342-6427 (cell)
Jason@petroquipinc.net
www.pipelinerepairproducts.com



**Contains confidential and/or proprietary information.  May not be copied or disseminated without the**
**expressed written consent of PRESSURE & FLOW CONTROL SOLUTIONS LLC dba PETROQUIP**
*Our security firewall is blocking some of our business emails.  If you do not hear back from me*
*within 4 business hours please contact me at 504-340-1848.*

---

**From:** Jason Cardon
**Sent:** Wednesday, April 20, 2022 9:56 AM
**To:** 'RWATSON@TALCOPETRO.COM' <RWATSON@TALCOPETRO.COM>
**Cc:** 'pqi' <pqi@pqitexas.com>; Kevin Bock <kevin@petroquipinc.net>; Halie Walker <halie@petroquipinc.net>; Jason Cardon <jason@petroquipinc.net>; Jonathan <jonathan@petroquipinc.net>; Michelle Fraley <michelle@petroquipinc.net>
**Subject:** 10" STANDARD 1000 PSI SPLIT SLEEVE

Richard,

Paid receipt is attached.
Socket Size = 1-5/8"
Final Torque Value = 233 FT-LBS

Full instructions below.
SplitSleeve-Install.pdf (plidco.com)

Jason D. Cardon, P.E.
**_Working together to make hazardous piping safer._**
504-340-1848 (office)
504-342-6427 (cell)
Jason@petroquipinc.net
www.pipelinerepairproducts.com



**Contains confidential and/or proprietary information.  May not be copied or disseminated without the**
**expressed written consent of PRESSURE & FLOW CONTROL SOLUTIONS LLC dba PETROQUIP**
*Our security firewall is blocking some of our business emails.  If you do not hear back from me*
*within 4 business hours please contact me at 504-340-1848.*