IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUVILLION GROUP, LLC.,<br><br>*Plaintiff,*<br><br>v.<br><br>WHITE MARLIN OPERATING COMPANY LLC; AGUA TRANQUILLO MIDSTREAM LLC; TALCO PETROLEUM LLC; TORRENT OIL, LLC; & NIGEL SOLIDA,<br><br>*Defendants.* | Civil Action No. 4:22:cv-00908 |

## [PROPOSED] ORDER

Before the Court is Defendants Defendants White Marlin Operating Company, LLC ("White Marlin"); Agua Tranquillo Midstream LLC ("Agua"); Talco Petroleum, LLC ("Talco"); Torrent Oil, LLC ("Torrent") and Nigel Solida's ("Solida") Motion to Dismiss under Rules 9 and 12 of the Federal Rules of Civil Procedure. Having consider the Defendants' Motion, the record in this matter, and the arguments of counsel, the Court GRANTS Defendants' Motion. The Court DISMISSES all of Couvillion's claims against Agua Tranquillo, Talco, Torrent, and

Solida, and dismiss all claims against White Marlin other than Breach of Contract and Suit on Sworn Account, with prejudice.

_____
The Honorable George Hanks
United States District Judge