United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| **COUVILLION GROUP, LLC** * | |
| * | |
| **VERSUS** * | **CIVIL ACTION NO. 4:22-cv-00908** |
| * | |
| **WHITE MARLIN OPERATING COMPANY** * | |
| **LLC** * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Stay Briefing Schedule and Consideration of Defendants' Partial Motion to Dismiss filed by Plaintiff, Couvillion Group, LLC, and Defendants, White Marlin Operating Company, LLC, Agua Tranquillo Midstream LLC, Talco Petroleum, LLC, Torrent Oil, LLC, and Nigel Solida:

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay Briefing Schedule and Hearing on Defendants' Partial Motion to Dismiss is **GRANTED**, and that the Court's July 8, 2022 Order and briefing schedule is hereby stayed to allow the parties additional time to resolve any outstanding claims. As such, the parties will not be required to comply with briefing scheduling in the July 8, 2022 Order. Any hearing on or consideration of Defendants' Partial Motion to Dismiss are also stayed until the Court receives notice from the parties of their intent to have the Motion ruled upon.

SIGNED at Houston, Texas on _____September_____, ___30___, 2022.

_____
**George C. Hanks, Jr.
United States District Judge**