United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUVILLION GROUP, LLC. | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-908 |
| | § | |
| WHITE MARLIN OPERATING | § | |
| COMPANY LLC. | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR STATUS REPORT

**IT IS ORDERED** that a Joint Status Report is due by **March 24, 2023**.

SIGNED at Houston, Texas on March 10, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE