United States District Court
Southern District of Texas
**ENTERED**
March 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUVILLION GROUP, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-908 |
| | § | |
| WHITE MARLIN OPERATING | § | |
| COMPANY LLC, | § | |
| Defendants. | | |

## ORDER

Per the Joint Status Report filed on March 23, 2023 (Dkt. 31), Defendants' pending Partial Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 25) is **DENIED AS MOOT**.

SIGNED at Houston, Texas on March 27, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE