IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUVILLION GROUP, LLC.,<br><br>*Plaintiff,*<br><br>v.<br><br>WHITE MARLIN OPERATING COMPANY LLC; AGUA TRANQUILLO MIDSTREAM LLC; TALCO PETROLEUM LLC; TORRENT OIL, LLC; & NIGEL SOLIDA,<br><br>*Defendants.* | Civil Action No. 4:22:cv-00908 |

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Michael Cancienne, of the law firm Jordan, Lynch & Cancienne PLLC, located at 1980 Post Oak Blvd., Suite 2300, Houston, Texas 77056, Telephone: (713) 955-4025, Facsimile: (713) 955-4793, hereby appears as additional counsel of record for Alta Power, LLC. Counsel respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via ECF or at the office, postal address, electronic mail addresses, and facsimile numbers listed below.

DATED: March 29, 2023

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

By: */s/ Michael Cancienne*
    Joseph W. ("Jeb") Golinkin II
    State Bar No. 24087596
    Federal ID No. 2515657
    Michael Cancienne
    State Bar No. 24055256
    1980 Post Oak Blvd., Suite 2300
    Houston, Texas 77056
    Telephone: 713.955.4025
    mcancienne@jlcfirm.com
    jgolinkin@jlcfirm.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on March 29, 2023, I served this notice on all counsel of record via CMECF, which will send notification of this filing to all counsel of record in this case.

    */s/ Michael Cancienne*
    Michael Cancienne