UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| COUVILLION GROUP, LLC | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO. 4:22-cv-00908 |
| | * | |
| WHITE MARLIN OPERATING COMPANY LLC | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Couvillion Group, LLC, who pursuant to Federal Rule of Civil Procedure 41(a)(1), provides notice that Torrent Oil, LLC and Nigel Solida are dismissed from the instant action. In accordance with the parties' agreement, as contained in the Joint Status Report filed on March 23, 2023, Couvillion Group, LLC does not wish to proceed at this time with its claims against Torrent Oil, LLC and Nigel Solida. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal shall be without prejudice, and nothing shall prevent Couvillion Group, LLC from amending its Complaint in the future to add Torrent Oil, LLC and Nigel Solida back as Defendants in the litigation. Nothing contained herein shall constitute an adjudication on the merits as to the claims against Torrent Oil, LLC and Nigel Solida.

**Wherefore**, Plaintiff, Couvillion Group, LLC, gives notice to this Honorable Court and to all interested parties that Plaintiff's claims against Defendants, Torrent Oil, LLC and Nigel Solida, are hereby dismissed, without prejudice. All costs are to be born by the party incurring the same.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Daniel E. Schwank*
**PATRICK J. MCSHANE T.A. (#19055)**
*Pro hac vice*
**DANICA BENBOW DENNY (#27376)**
*Pro hac vice*
**KATHLEEN P. RICE (#31291)**
*Pro hac vice*
**DANIEL E. SCHWANK (#39333)**
*Pro hac vice*
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail: pmcshane@frilot.com
　　　　ddenny@frilot.com
　　　　krice@frilot.com
　　　　dschwank@frilot.com
***Counsel for Plaintiff, Couvillion Group, LLC***

**AND**

**RICHARD GORMAN LAW**

*/s/ Richard L. Gorman*
**Richard L. Gorman**
**State Bar No. 00784155**
**Federal I.D. 15685**
12335 Kingsride Ln. #354
Houston, TX 77024-4116
Telephone: (832) 725-4026
Facsimile: (281) 854-2200
E-mail: rg@richardgormanlaw.com
***Local Counsel for Plaintiff, Couvillion Group, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of April, 2023, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the Court's electronic filing system.

*/s/ Daniel E. Schwank*