United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| **COUVILLION GROUP, LLC** | * * * |
| **VERSUS** | * **CIVIL ACTION NO. 4:22-cv-00908** * * |
| **WHITE MARLIN OPERATING COMPANY LLC** | * * * * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED SCHEDULING ORDER

Considering the Joint Status Report filed by the parties,

**IT IS HEREBY ORDERED** that the parties are not required to comply with the deadlines contained in the Docket Control Order signed on July 20, 2022.

**IT IS ORDERED FURTHER** that this case shall be controlled by the following schedule:

1. 4/25/2023   **DEADLINE FOR DEFENDANTS TO FILE AMENDED MOTION TO DISMISS**

2. 7/7/2023   **DEADLINE TO AMEND PLEADINGS.** Parties may amend pleadings by this date without leave of court. If Plaintiff files an Amended Complaint by this date, Defendants may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

3. 7/7/2023   **DEADLINE TO ADD NEW PARTIES.** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

4. 10/16/2023   Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. 11/16/2023   Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. **1/15/2024** **COMPLETION OF DISCOVERY.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. **1/22/2024** **DISPOSITIVE MOTIONS.** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks and Judge Edison.

8. **3/11/2024** **ALL OTHER PRETRIAL MOTIONS.**

9. **5/6/2024** **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE.** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

10. **5/10/2024** **DOCKET CALL is set at 3:30 p.m**. Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on a docket call, the case will be set for trial, and further pretrial orders may be issued.

11. **June/July** **BENCH TRIAL**

Estimated Trial Time: 4-5 days

Signed this __21st__ day of April, 2023

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2