# HEARING MINUTES

Cause No:         4:22-CV-908

Style:            Couvillion Group, LLC v. White Marlin Operating Company LLC

Hearing Type:     Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Daniel Ernst Schwank | Couvillion Group |
| Joseph Webster Golinkin, II | White Marlin Operating Company; Agua Tranquillo Midstream; Talco Petroleum |

Date:  October 25, 2023                    Court reporter:  ERO
Time: 10:04 a.m.—10:08 a.m.                Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a discovery hearing regarding docket entry 44. The motion to dismiss filed by White Marlin Operating Company, Agua Tranquillo Midstream, and Talco Petroleum [Dkt. 37] is **DENIED**. With that ruling, the parties agreed that the discovery dispute is now moot.