

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Daniel E. Schwank
(504) 599-8247 direct dial
(504) 599-8137 direct fax
dschwank@frilot.com

February 27, 2024

**VIA EMAIL and CMECF**

Cm4147@txs.uscourts.gov
The Honorable George C Hanks, Jr.
United States Courthouse
515 Rusk Street, Room 6202
Houston, Texas  77022

> Re:  *Couvillion Group, LLC v. White Marlin Operating Company, LLC, et al;* Civil Action No. 4:22-cv-00908
> Couvillion's Request for Scheduling Conference

Dear Judge Hanks:

We write to respectfully request the Court schedule a conference in the above referenced matter for the purpose of selecting a trial date.  On January 8, 2024, the Court executed a Revised Proposed Scheduling Order (*Rec. Doc. 49*) setting the bench trial of this matter to begin in "June/July, 2024."  To prepare for the upcoming trial of this matter, and to ensure compliance with all pre-trial deadlines, Couvillion Group, LLC respectfully requests that the Court set a Telephone Scheduling Conference at its earliest convenience for the purpose of selecting a date for the trial of this matter.

Respectfully Submitted,

*/s/ Daniel E. Schwank*