United States District Court
Southern District of Texas
**ENTERED**
November 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUVILLION GROUP, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00908 |
| | § | |
| WHITE MARLIN OPERATING | § | |
| COMPANY LLC, *et al.*, | § | |
|     Defendants. | § | |

# ORDER

The parties in this action have requested to attend mediation. It is therefore

**ORDERED** that this matter is referred to United States Magistrate Judge Andrew M. Edison for the purpose of conducting mediation.

SIGNED at Houston, Texas on November 15, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1