# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Couvillion Group, LLC

v.  Case Number: 4:22−cv−00908

White Marlin Operating Company LLC, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Settlement Conference set for 1/16/2025 at 09:00 AM before Magistrate Judge Andrew M Edison.

**PLACE**
Courtroom 8B
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: November 25, 2024

Nathan Ochsner, Clerk, Clerk
s/ 3 RubenCastro, Deputy Clerk