UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **COUVILLION GROUP, LLC** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO. 4:22-cv-00908** |
| | * | |
| **WHITE MARLIN OPERATING COMPANY LLC** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Couvillion Group, LLC ("Couvillion), and Defendants, White Marlin Operating Company, LLC ("White Marlin"), Talco Petroleum, LLC ("Talco"), and Agua Tranquillo Midstream LLC ("Agua") (collectively, the "Parties"), who file this Joint Motion requesting the Court continue, without date, the pre-trial deadlines set forth in its August 16, 2024 Third Amended Scheduling Order (Rec. Doc. 71).

Good cause exits for the Court to grant this continuance. The Parties have agreed to attend mediation with Magistrate Judge Edison on January 16, 2025 in an attempt to fully resolve this matter without proceeding to trial. However, pursuant to the Court's Third Amended Scheduling Order, the Parties are about to confront multiple pre-trial deadlines, including for pretrial motions and motions in limine. Further, the Court's docket call is currently scheduled to occur on January

10, 2025, prior to the date the Parties are scheduled to attend mediation. Accordingly, the Parties have agreed to jointly submit the instant Motion.

In addition to preserving the Parties' ability to file pre-trial motions, granting the instant Joint Motion would also serve judicial economy, as the parties may fully resolve this matter at mediation and without the need for trial. In the event the Parties are unable to reach a compromise following the January 16, 2025 mediation, the Parties will file a notice with the Court informing them of the same and requesting that new scheduling order deadlines be instituted.

**WHEREFORE**, Plaintiff, Couvillion Group, LLC, and Defendants, White Marlin Operating Company, LLC, Agua Tranquillo Midstream LLC, and Talco Petroleum, LLC request the Court continue, without date, the deadlines in the August 16, 2024 Third Amended Scheduling Order (Rec. Doc. 71) and executed the proposed Order.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Daniel E. Schwank*
---
**PATRICK J. MCSHANE T.A. (#19055)**
*Pro hac vice*
**DANICA BENBOW DENNY (#27376)**
*Pro hac vice*
**KATHLEEN P. RICE (#31291)**
*Pro hac vice*
**PATRICK J. SCHEPENS (#32240)**
*Pro hac vice*
**DANIEL E. SCHWANK (#39333)**
*Pro hac vice*
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail: pmcshane@frilot.com
　　　　ddenny@frilot.com
　　　　krice@frilot.com
　　　　pschepens@frilot.com
　　　　dschwank@frilot.com

***Counsel for Plaintiff, Couvillion Group, LLC***

**AND**

Frank A. Piccolo
State Bar #24031227
Federal ID #30197
Kenneth H. Tribuch
State Bar # 24042539
Federal ID #579059
CHAFFE MCCALL, L.L.P.
801 Travis St., Ste. 1910
Houston, TX 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806
Email: frank.piccolo@chaffe.com
kenneth.tribuch@chaffe.com

***Counsel for Plaintiff, Couvillion Group, LLC***

3

AND

**JORDAN, LYNCH & CANCIENNE PLLC**

*/s/ Joseph Golinkin*
**Michael Cancienne**
**State Bar No. 24055256**
**Joseph W. Golinkin II**
**State Bar No. 24087596**
**Federal Bar No. 2515657**
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: (713) 955-4025
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com
***Counsel for Defendants, White Marlin Operating Company, LLC, Agua Tranquillo Midstream LLC, Talco Petroleum, LLC, Torrent Oil, LLC, and Nigel Solida***

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that the parties have conferred regarding the substance of the relief requested, and the parties have decided to jointly request the relief as stated in this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of December, 2024, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the Court's electronic filing system.

*/s/ Daniel E. Schwank*

4