United States District Court
Southern District of Texas
**ENTERED**
December 04, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | |
|---|---|
| **COUVILLION GROUP, LLC** | * |
| | * |
| **VERSUS** | *   CIVIL ACTION NO. 4:22-cv-00908 |
| | * |
| **WHITE MARLIN OPERATING COMPANY LLC** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Considering the Joint Motion to Continue Pre-Trial Deadlines filed by the parties on December 3, 2024,

**IT IS HEREBY ORDERED** that the parties are not required to comply with the deadlines contained in the Third Amended Scheduling Order, dated August 16, 2024.

**IT IS HEREBY ORDERED FURTHER** that in the event the Parties are unable to fully resolve all claims at mediation scheduled on January 16, 2025, the Parties shall file a Notice with the Court requesting that the Court institute new Pre-Trial Deadlines.

Signed this 3rd day of December, 2024

George C. Hanks, Jr. / Andrew Edison
United States District Court Judge

5